# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN C. MCLEMORE, CHAPTER 7 TRUSTEE, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) NO. 3:19-cv-000603<br>)<br>) JUDGE CAMPBELL |
| ALLIANT CREDIT UNION, | ) MAGISTRATE JUDGE HOLMES<br>) |
| Defendant. | ) |

## ORDER

The Court held a status teleconference on January 3, 2022. Counsel for Plaintiff stated on the record that Plaintiff's claims are no longer viable following *Facebook, Inc. v. Duguid*, 141 S. Ct. 1163 (2021). Accordingly, Plaintiff seeks dismissal of the case. Given these statements of counsel, the Court does not need to address the pending motion for summary judgment (Doc. No. 60), which is denied as moot, and this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE